IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CR-6-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : **JUDGMENT** |
| v. | : |
| | : |
| JAMES SCOTT SESSOMS | : |

Pursuant to the Preliminary Order of Forfeiture entered by the Court on February 17 2011, judgment is hereby entered against defendant, JAMES SCOTT SESSOMS, in the amount of $336,103.67. Post-judgment interest shall accrue at the rate of .30%.

This 16th day of Feb, 2011.

DENNIS P. IAVARONE
Clerk
U. S. District Court