IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CR-6-BO

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | **ORDER APPROVING** |
| v. : | **SETTLEMENT AGREEMENT** |
| : | |
| JAMES SCOTT SESSOMS : | |

IT APPEARING to the Court that the parties to this action have agreed to a settlement of this action on the terms and conditions set forth in a Settlement Agreement filed with the Court on May 6, 2011, and said terms and conditions being acceptable to this Court, it is

ORDERED that Leonard Holden Reaves pay to the United States of America the sum of $5,500 in U. S. currency;

IT IS ALSO ORDERED that the $5,500 in U. S. currency which is to be paid by Leonard Holden Reaves is forfeited to the United States of America, and is to be disposed of by the United States Secret Service according to law, and further, that the $5,500 in U. S. currency is to be paid in the form of a bank or cashier's check, made payable to "The United States Secret Service," and sent to the U. S. Attorney's Office, Attn: Stephen A. West, 310 New Bern Avenue, Federal Building, Suite 800, Raleigh, NC 27601-1461.

IT IS ALSO ORDERED that, upon receipt of the $5,500 by the United States and the entry of this Order, the subject property shall be released from this criminal forfeiture action, to wit, a

2006 Wesco boat trailer, VIN: 1W7B1221061004992; and, a 2006 21DLX Carolina Skiff, Registration No. NC0741DE, Hull #EKHB4144E606, and that whatever right, title, and interest that was vested in the United States by virtue of the Preliminary Order of Forfeiture entered in this action shall thereupon vest in the petitioner, Leonard Holden Reaves.

SO ORDERED this 9 day of May, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT JUDGE

2