IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CR-6-BO

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JAMES SCOTT SESSOMS | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on February 17, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. § 981(a)(2)(A), based upon the defendant pleading guilty to 18 U.S.C. § 1344, and agreeing to the forfeiture of the property listed in the February 17, 2011 Preliminary Order of Forfeiture, to wit:

**Currency:**

$336,103.67 in U. S. Currency, an amount not currently in

the possession of or its whereabouts known to the

Government; and

**Substitute Assets:**

a) **Real Property** - All that lot or parcel of land, together with its buildings, improvements, fixtures, attachments, and easements, having the street address of 206 Stokes Court, Fayetteville, North Carolina, 20303, located in Cumberland County, and being more particularly described in a deed recorded in Book 6056, Pages 797-798 of the Cumberland County Register of

Deeds. Being titled in the name of James Scott Sessoms and wife, Michelle M. Sessoms.

**b) Personal property**

A 2006 Wesco boat trailer, VIN: 1W7B1221061004992,

A 2006 21DLX Carolina Skiff, Registration no. NC0741DE, Hull #EKHB4144E606,

A 2004 Dodge Ram pickup truck, VIN: 1D7HA16DX4J281553,

A 2000 Mazda 626, VIN: 1YVGF22D9Y5172674,

A 2006 Chevrolet K15, VIN: 3GNFK16Z96G114123;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between May 7, 2011 and June 5, 2011, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, a Settlement Agreement Recognizing the Interest of Leonard Holden Reaves as to the subject 2006 Wesco boat trailer, VIN: 1W7B1221061004992 and 2006 21DLX Carolina Skiff, Registration no. NC0741DE, Hull #EKHB4144E606, was filed with this Court on May 6, 2011. Subsequently, an Order

approving the settlement was entered by this Court on May 9, 2011;

AND WHEREAS, the United States has allowed the lienholder as to the subject real property to proceed with its foreclosure action. Hence, the United States will not pursue forfeiture of the subject real property in this criminal forfeiture action;

AND WHEREAS, plaintiff has been advised by its client agency in this action that the subject 2006 Chevrolet K15, VIN: 3GNFK16Z96G114123 has not been seized and that it does not wish to continue forfeiture proceedings against this vehicle;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the remaining personal property described in this Court's February 17, 2011 Preliminary Order of Forfeiture, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the remaining personal property listed in the February 17, 2011 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Department of Treasury is directed to dispose of the property according to law, to wit:

A 2004 Dodge Ram pickup truck, VIN: 1D7HA16DX4J281553 and
A 2000 Mazda 626, VIN: 1YVGF22D9Y5172674.

2. That any and all forfeited funds shall be deposited by the United States Department of Treasury as soon as located or recovered into the Department of Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this __10__ day of September, 2011.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

4