IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CR-6-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| JAMES SCOTT SESSOMS, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the petitioner's motion for reconsideration [DE 54]. The petitioner requests, pursuant to Federal Rule of Civil Procedure 60, that this Court reconsider its Order of April 22, 2013 denying his request for additional halfway house time. The Court DENIES this request.

Federal Rule of Civil Procedure 60(b) provides that "[o]n motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding." The rule then enumerates six circumstances under which such relief would be proper. The plaintiff's motion and memorandum are somewhat difficult to decipher, but it is apparent that he seeks reconsideration on the basis that he has not had the opportunity to fully explain his argument to the Court. After reviewing the plaintiff's motion and its accompanying memorandum the Court finds that plaintiff has failed to establish any "just terms" that would merit relief from this Court's Order of April 22.

## CONCLUSION

For the foregoing reasons, the petitioner's motion for reconsideration pursuant to Rule 60 is DENIED.

SO ORDERED
This the _17_ day of May, 2013.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE